**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | ) |
| | )    Chapter 7 |
| **KERRY R. SCOTT,** | ) |
| | )    Case No. 14-12965-AMC |
| Debtor. | ) |
| | ) |

**FIRST AND FINAL FEE APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF GELLERT SCALI BUSENKELL & BROWN,
LLC AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD OF
<u>JULY 17, 2014 THROUGH FEBRUARY 14, 2018</u>**

In accordance with 11 U.S.C. §§ 330, 331 of the Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Local Rules"), Gellert Scali Busenkell & Brown LLC ("GSBB") as counsel to the Chapter 7 trustee (the "Chapter 7 Trustee") in the above-captioned case of the Debtor (the "Debtor"), hereby applies (the "Application") for first and final award of compensation in the amount of $7,495.50 and reimbursement of expenses in the amount of $0.00, for the period from July 17, 2014 through February 14, 2018 (the "Application Period"). In support of this Application, GSBB represents as follows:

<u>**Preliminary Statement and Background**</u>

1.      On July 17, 2014, GSBB filed an application to be retained as general counsel to the Chapter 7 Trustee. On July 31, 2014, this Court entered an order approving the application.

2.      All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Chapter 7 Trustee.

3.      The services described in this Application are actual, necessary services and the corresponding compensation of general counsel is fair and reasonable.

4.      The expenses of general counsel described in this Application are actual, necessary expenses.

### General Information and Introduction

5.   The Application Period is from 07/17/14 through 02/14/18.

6.   This is GSBB's first and final application filed in this case.

| Application Date | Application Period | Requested Fees | Requested Expenses | Total |
|---|---|---|---|---|
| 02/14/18 | 07/17/14 through 02/14/18 | $7,495.50 | $0.00 | $7,495.50 |

7.   A voluntary chapter 7 petition was filed on 04/15/14.

8.   The Chapter 7 trustee was appointed on 04/16/14.

9.   The Chapter 7 Trustee filed an application to employ GSBB as her counsel on 07/17/14.

10. This Court approved GSBB's retention by order entered on 07/31/14.

11. GSBB applies for compensation for the Application Period under § 330 and § 331 of the Bankruptcy Code. Any compensation awarded to GSBB will be paid from the chapter 7 estate.

### a. Billing Summary

12. GSBB has not previously filed a fee application in this case.

13. In general, the services rendered by GSBB as counsel to the Chapter 7 Trustee during the Application Period included the following:

    a.  Objecting to and resolving in exchange for Settlement Payment Debtor's Motion to Convert;

b.  Analyzing claims filed against this estate;

c.  Representing the Chapter 7 Trustee in all matters concerning retention of professionals in these cases and their fee applications;

d.  provide the Chapter 7 Trustee with legal advice with respect to her power and duties;

e.  assisting the Chapter 7 Trustee with discrete transactional matters including settlement agreements; and,

f.  rendering any other services that the Chapter 7 Trustee deems appropriate in her business judgement.

## b. Fee Summary

17.    GSBB expended 26.6 attorney hours and 4.7 paralegal hours during the Application Period rendering the above services. Attached as Exhibit A, is a chronological list of GSBB's professional hours detailing services rendered by each timekeeper for the Application Period. The total fees that GSBB incurred for services rendered, as reflected on Exhibit A, rendered was $7,495.50.

18.  The hours and corresponding fees, GSBB is seeking compensation for the attorneys and paralegals detailed in Exhibit A are summarized as follows:

| Timekeeper | First Admitted | Hours | Rate | Total |
|---|---|---|---|---|
| Gary F. Seitz | 1988 | 1.0 | $400.00 | $      400.00 |
| Holly E. Smith | 2006 | 21 | $300.00/$310.00/$325.00 | $    6,439.50 |
| Jennifer M. Zelvin | 2002 | .30 | $300.00 | $        90.00 |
| Gabrielle Winick | N/A | 3.10 | $100.00/$140.00 | $      310.00 |
| Alisa Gottlieb | N/A | 1.6 | $160.00 | $      256.00 |

**Application Period Project Category Summary**

| Project Category | Task Code | Hours | Amount |
|---|---|---|---|
| Case Administration | B110 | .70 | $  130.00 |
| Asset Analysis and Recovery | B120 | 9.0 | $2,819.50 |
| Fee/Employment Applications | B160 | 2.1 | $  306.00 |
| Fee/Employment Objections | B170 | .50 | $  200.00 |
| Avoidance Action Analysis | B180 | .60 | $   60.00 |
| Other Contested Matters | B190 | 13.10 | $3,880.00 |
| Settlement/Non-Binding ADR | L160 | 1.0 | $  100.00 |
| | **Totals** | **26.6** | **$7,495.50** |

**Application Period Expense Categories Summary**

| Expense Category | Amount |
|---|---|
| **Totals** | $    0.00 |

**Certification and Notice**

19.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, GSBB believes the amounts requested for compensation and expenses reimbursement are fair and reasonable given (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

20.     Pursuant to the Local Rules, GSBB is serving a copy of this Application upon the Chapter 7 Trustee, the United States Trustee, the Debtor and Debtor's counsel as well as counsel for the United States Trustee.  Notice of this Application is being served pursuant to F.R.B.P. 2002 and all parties of interest as they appear on the attached service list.

WHEREFORE, Gellert Scali Busenkell & Brown LLC respectfully requests a final award of compensation in the amount of $7,495.50 and reimbursement in the amount of $0.00 for the period from 07/17/14 through 02/14/18.

Dated: February 15, 2018    GELLERT SCALI BUSENKELL & BROWN LLC

        /s/ *Holly E. Smith*
        Holly E. Smith (PA ID # 203979)
        Gellert Scali Busenkell & Brown LLC
        The Curtis Center
        601 Walnut Street, Suite 750 West
        Philadelphia, PA 19106
        Telephone: 215-238-0010
        Facsimile: 215-238-0016
        hsmith@gsbblaw.com


        *Counsel to the Chapter 7 Trustee*